USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JIN LIAN CHEN,

               Defendant.

23 Cr. 15 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

     Defendant Jin Lian Chen's previously adjourned sentencing will resume on Thursday, January 18, 2024 at 2:30 p.m. The proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: January 12, 2024
       New York, New York

                                                            _____
                                                            JENNIFER H. REARDEN
                                                            United States District Judge